FILED

09/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0297

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0297

_____

IN RE THE MARRIAGE OF:

JASON McALISTER,

        Petitioner and Appellee,

  and

MELISSA McALISTER,

        Respondent and Appellant.

_____

O R D E R

The record was filed for purposes of this appeal on August 10, 2023. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellants shall prepare, file, and serve the opening brief on appeal no later than October 12, 2023. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 12 2023